# OSBORN LAW P.C.

Daniel A. Osborn, Esq.                                                           dosborn@osbornlawpc.com
Lindsay M. Trust, Esq.                                                             ltrust@osbornlawpc.com

June 30, 2025

**VIA ECF**

Honorable Ona T. Wang
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *Lopez, Jr. v. Commissioner of Social Security,*
               Civil Action 1:25-cv-01978-JHR-OTW

Dear Judge Wang,

    We write on behalf of plaintiff, Angel Lopez, Jr., and with the consent of the defendant, to request a 90-day extension of time to file plaintiff's motion for judgment on the pleadings per the Court's Standing Scheduling Order. Plaintiff's motion is due on July 9, 2025. This is the parties' first request for an extension. The reason for this request is that Plaintiff's counsel currently have overlapping Social Security brief deadlines in the upcoming weeks.

    Subject to the approval of the Court, the amended briefing schedule would be as follows:

1. Plaintiff to file his motion for judgment on the pleadings on or before **October 7, 2025**;

2. Defendant to file its response/cross-motion on or before **January 5, 2026**; and

43 West 43rd Street, Suite 131      Telephone 212-725-9800      osbornlawpc.com
New York, New York 10036       Facsimile  212-500-5115      info@osbornlawpc.com

Honorable Ona T. Wang
June 30, 2025
Page 2

    3.  Plaintiff to file his reply (if any) on or before **January 19, 2025.**

Thank you for your consideration of this request.

                              Respectfully submitted,

                              s/Daniel A. Osborn
                              Daniel A. Osborn
                              OSBORN LAW, P.C.
                              43 West 43rd Street, Suite 131
                              New York, New York 10036
                              Telephone:   212-725-9800
                              Facsimile:    212-500-5115
                              dosborn@osbornlawpc.com


cc: Candace Brown Casey, Esq. (by ECF)


       Application **GRANTED.**

       **SO ORDERED.**

       _____
       **Ona T. Wang**
       **U.S.M.J. 7/1/2025**